UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                       CASE NO. 04 B 36154
   RENEE LYNN JOHNSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8650
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 09/29/2004 and was confirmed 12/09/2004.

The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 100.00% from remaining funds.

The case was paid in full 02/14/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| *AMERICAN GENERAL FINANC | SECURED | 2020.00 | 122.34 | 2020.00 |
| BALABAN FURNITURE | SECURED | 200.00 | 12.49 | 200.00 |
| BALABAN FURNITURE | UNSECURED | 500.00 | .00 | 500.00 |
| NATIONWIDE COMMERCIAL LP | SECURED | 200.00 | 12.49 | 200.00 |
| NATIONWIDE COMMERCIAL LP | UNSECURED | 441.89 | .00 | 441.89 |
| NATIONWIDE ACCEPTANCE~ | SECURED | 514.08 | 31.41 | 514.08 |
| TRIAD FINANCIAL | SECURED | 20550.00 | 1513.18 | 20550.00 |
| TRIAD FINANCIAL | UNSECURED | 1874.51 | .00 | 1874.51 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | NOT FILED | .00 | .00 |
| COUNTY OF COOK | UNSECURED | NOT FILED | .00 | .00 |
| CUB FOODS | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | UNSECURED | 10618.45 | .00 | 10618.45 |
| HOLY CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 504.02 | .00 | 504.02 |
| PAYDAY LOAN . | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| T-MOBILE BANKRUPTCY | UNSECURED | 121.39 | .00 | 121.39 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| UPTOWN CASH | UNSECURED | NOT FILED | .00 | .00 |
| WAL MART STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| WAL MART STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE~ | UNSECURED | 341.11 | .00 | 341.11 |
| COOK COUNTY DEPT OF REVE | PRIORITY | 240.73 | .00 | 240.73 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 2,446.21 |
| DEBTOR REFUND | REFUND | | | 1,205.70 |

Summary of Receipts and Disbursements:
---

```
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  46,170.00

PRIORITY                                          240.73
SECURED                                        23,484.08
    INTEREST                                    1,691.91
UNSECURED                                      14,401.37
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            2,446.21
DEBTOR REFUND                                   1,205.70
                        ---------------    ---------------
TOTALS                   46,170.00             46,170.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 05/28/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 04 B 36154 RENEE LYNN JOHNSON